UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Crim. Action No. 21-0618 (ABJ) |
| ) | |
| RILEY JUNE WILLIAMS, ) | |
| ) | |
| Defendant. ) | |

**FILED**
NOV 21 2022
Clerk, U.S. District and
Bankruptcy Courts

## VERDICT FORM

### Count I

I. How do you find Defendant Riley June Williams on the charge of Civil Disorder in Count 1 in the Indictment?

____X____ Guilty   _____ Not Guilty

**If you find the defendant Not Guilty as to Count I, go on to Count II.**

**If you find the defendant Guilty on Count I, you must respond to the following interrogatories:**

Does the jury unanimously agree that the government has shown that the civil disorder obstructed, delayed, or adversely affected commerce?

____X____ Yes   _____ No

Does the jury unanimously agree that the government has shown that the civil disorder obstructed, delayed or adversely affected the conduct of a federally protected function?

____X____ Yes   _____ No

### Count II

II. How do you find Defendant Riley June Williams on the charge of Obstruction of an Official Proceeding or Aiding and Abetting the Obstruction of an Official Proceeding in Count 2 of the Indictment?

_____ Guilty   _____ Not Guilty

### Count III

III. How do you find Defendant Riley June Williams on the charge in Count Three of the Indictment: Resisting or Impeding Certain Officers with the intent to commit Count One or Count Two?

_____X_____ Guilty   _____ Not Guilty

**If you find the defendant guilty of Count III, you must respond to the interrogatories on the next page, and you must skip section A below on this page.**

**If the government has not proved the fifth element of Count III, that is, that she acted with the intent to commit Count One or Count Two, you must complete section A below and skip section B on the next page.**

    A. How do you find Defendant Riley June Williams on the lesser included charge to Count Three of the Indictment?

_____ Guilty   _____ Not Guilty

B. **If you find the defendant guilty of Count III, you must respond to the following interrogatories:**

Does the jury unanimously agree that the government has shown that the defendant acted with the intent to commit Count I?

_____X_____ Yes          _____ No

Does the jury unanimously agree that the government has shown that the defendant acted with the intent to commit Count II?

_____ Yes          _____X_____ No

### Count IV

IV. How do you find Defendant Riley June Williams on the charge of Aiding and Abetting the Theft of Government Property in Count 4 of the Indictment?

_____ Guilty        _____ Not Guilty

### Count V

V. How do you find Defendant Riley June Williams on the charge of Entering and Remaining in a Restricted Building or Grounds in Count 5 of the Indictment?

_____X_____ Guilty       _____ Not Guilty

### Count VI

VI. How do you find Defendant Riley June Williams on the charge of Disorderly and Disruptive Conduct in a Restricted Building or Grounds in Count 6 of the Indictment?

_____X_____ Guilty    _____ Not Guilty

### Count VII

VII. How do you find Defendant Riley June Williams on the charge of Disorderly Conduct in a Capitol Building or Grounds in Count 7 of the Indictment?

_____X_____ Guilty    _____ Not Guilty

### Count VIII

VIII. How do you find Defendant Riley June Williams on the charge of Parading, Demonstrating, or Picketing in a Capitol Building in Count 8 of the Indictment?

_____X_____ Guilty    _____ Not Guilty

_____11/21/22_____
Date